## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division

In re  Sam Amir-Ebrahimi

Case No.  16-33585-KRH

Chapter   13

_____Debtor(s)

## ORDER APPROVING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Application to Pay Filing Fee in Installments filed herein by the debtor(s) is hereby approved upon payment of such fees to the Clerk of the Bankruptcy Court upon the following terms.

_____ **Chapter 7:**
    **$100.00 upon filing of petition:** _____, 20___.
    **$105.00 on or before:** _____, 20___.
    **$130.00 on or before:** _____, 20___.

___X___ **Chapter 13:**
    **$90.00 upon filing of petition:** __July 20__, 20**16**.
    **$95.00 on or before:** __August 22__, 20**16**.
    **$125.00 on or before:** __September 20__, 20**16**.

_____ **Chapter 11:**
    **$570.00 upon filing of petition:** _____, 20___.
    **$572.00 on or before:** _____, 20___.
    **$575.00 on or before:** _____, 20___.

_____ **Chapter 12:**
    **$75.00 upon filing of petition:** _____, 20___.
    **$95.00 on or before:** _____, 20___.
    **$105.00 on or before:** _____, 20___.

If any installment is not paid by the date due, the case shall be dismissed pursuant to Local Bankruptcy Rule 1006-1. Debtor(s) not represented by counsel must submit installment fee in the exact amount due in either cash*, cashier's check or money order made payable to "Clerk, U.S. Bankruptcy Court." Personal checks of the debtor(s) cannot be accepted.
*Cash is not accepted in the Newport News Division.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case; however, Chapter 13 debtor(s) shall make required plan payments to the Chapter 13 Trustee.

WILLIAM C. REDDEN
Clerk of Court

Date: __July 21, 2016_____

By __/s/:Nathaniel Bullock_____
           Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
July 21, 2016_____

[103Aoapp ver. 12/15]