# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re  Sam Amir-Ebrahimi            Case No.   16-33585-KRH

           Debtor(s)                Chapter   13

## ORDER OF DISMISSAL
## FOR FAILURE TO ATTEND MEETING OF CREDITORS

The United States Trustee having certified that the above debtor(s) or debtor's counsel has not appeared at the scheduled meeting of creditors, it is, therefore

**ORDERED**, pursuant to Local Rule 2003-1(B), that the above case be dismissed; and it is further

*[If appropriate]* **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ __125.00__ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
Clerk of Court

Date:  September 13, 2016            By  /s/:Nathaniel Bullock
                                          Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

September 13, 2016

[odis341 ver. 09/13]