**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   16−33585−KRH
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sam Amir−Ebrahimi
4751 Jonesboro Rd
Blackstone, VA 23824

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−4447

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on September 13, 2016 dismissing the above−captioned case.

Dated:   September 13, 2016                          For the Court,

                                                     William C. Redden, Clerk
[VAN015vDec2009.jsp]                                 United States Bankruptcy Court

```
                            United States Bankruptcy Court
                              Eastern District of Virginia
In re:                                                                  Case No. 16-33585-KRH
Sam Amir-Ebrahimi                                                       Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0422-7          User: bullockn              Page 1 of 1           Date Rcvd: Sep 13, 2016
                              Form ID: VAN015             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db             Sam Amir-Ebrahimi,    4751 Jonesboro Rd,    Blackstone, VA 23824
13499070       BENCHMARK COMMUNITY BANK,    100 SOUTH BROAD STREET,    BLACKSTONE, VA 23944
13527060      +Benchmark Community Bank,   P.O. Box 569,    100 S. Broad St.,    Kenbridge, VA 23944-0569
13499067      +CHEKIAN LAW OFFICE,    11400 W. OLYMPIC BLVD., #200,    LOS ANGELES, CA 90064-1584
13499063      +HUGHES CREDIT DEPARTMENT,   PO BOX 3475,    TOLEDO, OH 43607-0475
13499065      +MCM, MIDLAND CREDIT MANAGEMENT, INC,    PO BOX 2121,    WARREN, MI 48090-2121
13561533      +Midland Funding LLC,   PO Box 2011,    Warren MI 48090-2011
13499062      +NOTTOWAY COUNTY LRA,   P.O. BOX 92,    328 WEST COURTHOUSE RD,    NOTTOWAY, VA 23955-0092
13499066      +PROTAS, SPIVOK, & COLLINS, LLC,    4330 EAST WEST HIGHWAY,    SUITE 900,
                BETHERSDA, MD 20814-4454
13499069      +WALDEN & WALDEN,   125 SOUTH MAIN STREET,    BLACKSTONE, VA 23824-1841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13499059       EDI: CINGMIDLAND.COM Sep 14 2016 02:13:00      AT&T MOBILITY,   P.O. BOX 536216,
                ATLANTA, GA 30353-6216
13533436       EDI: CAPITALONE.COM Sep 14 2016 02:13:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC 28272-1083
13499061       EDI: DIRECTV.COM Sep 14 2016 02:13:00      DIRECT TV,   P.O. BOX 11732,    NEWARK, NJ 07101-4732
13499064      +E-mail/Text: Bankruptcy@whetstoneholdings.com Sep 14 2016 02:31:59      EVEREST BUSINESS FUNDING,
                2001 NW 107TH AVENUE,   3RD FLOOR,   DORAL, FL 33172-2507
13499060      +E-mail/Text: cs.bankruptcy@jmcbiz.com Sep 14 2016 02:32:02      JOSEPH MANN & CREED,
                8948 CANYON FALLS BLVD., STE 200,    TWINSBURG, OH 44087-1900
13499068       EDI: AGFINANCE.COM Sep 14 2016 02:13:00      SPRINGLEAF CONSUMER LOAN, INC,   PO BOX 64,
                EVANSVILLE, IN 47701-0064
13562548       EDI: AGFINANCE.COM Sep 14 2016 02:13:00      Springleaf Financial Services,   PO Box 3251,
                Evansville, IN 47731
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Benchmark Community Bank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              Judy A. Robbins, 11   USTPRegion04.RH.ECF@usdoj.gov
              Paul S. Bliley, Jr.   on behalf of Creditor   Benchmark Community Bank pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Suzanne E. Wade   ecfsummary@ch13ricva.com, trustee@ch13ricva.com
                                                                                             TOTAL: 3
```